**No. 09-11033. Ronald Ray Starner, Petitioner v. Butch Jackson, Superintendent, Nash Correctional Institution.**

562 U.S. 859, 131 S. Ct. 133, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 5877.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 461.